UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Ryan Lee,

                Plaintiff(s),

v.                                            Case No. 1:22–cv–11958–TLL–PTM
                                            Hon. Thomas L. Ludington

Panera Bread Company,

                Defendant(s),

## NOTICE OF DETERMINATION OF MOTION
## WITHOUT ORAL ARGUMENT

The following motion(s) have been filed:

        Motion to Compel – #4

Pursuant to Eastern District of Michigan LR 7.1(f)(2), the motion(s) will be determined by Magistrate Judge Patricia T. Morris *without* oral argument.

Courtesy copies are not required.

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                          By: s/K Castaneda
                                                  Case Manager

Dated: February 10, 2023