UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

RYAN LEE,
individually and for all others similarly situated,

        Plaintiffs,                        Case No. 1:22-cv-11958

v.                                          Honorable Thomas L. Ludington
                                                 United States District Judge
PANERA BREAD COMPANY,

                                                 Honorable Patricia T. Morris
        Defendant.                United States Magistrate Judge
_____/

**JUDGMENT**

In according with the order entered today:

It is **ORDERED** that Judge Morris's Report and Recommendation, ECF No. 13, is **ADOPTED**.

Further, it is **ORDERED** that Defendant's Motion to Dismiss, ECF No. 4, is **GRANTED**.

Further, it is **ORDERED** that the above-captioned case is **DISMISSED WITHOUT PREJUDICE**.

**This is a final order and closes the above-captioned case**.

Dated: March 22, 2023                                            s/Thomas L. Ludington
                                                                        THOMAS L. LUDINGTON
                                                                        United States District Judge